FILED
2021 Jun-29 PM 02:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

7:21-CV-8017-LSC

## MOTION BY A PERSON IN FEDERAL CUSTODY
## TO VACATE, SET ASIDE, OR CORRECT SENTENCE UNDER 28 U.S.C. § 2255

2021 JUN 29 A 11: 18

| UNITED STATES DISTRICT COURT | Division NORTHERN DIST., BIRMINGHAM |
|---|---|
| Name of Movant/Defendant<br>JAVON SANTRELL FOSTER | Prisoner No.<br>36725-001 | Case No.<br>7:19-CR-349-LSC-JEO |
| Place of Confinement (including address)<br>TALLADEGA FCI MED/565 EAST RENFROE RD. TALLADEGA, AL 35160 |
| UNITED STATES OF AMERICA | v. JAVON SANTRELL FOSTER<br>(name under which convicted) |

### MOTION

1. Name and location of court which entered the judgment of conviction under attack: __Northern District of Alabama, Federal Building, Tuscaloosa, Alabama__

2. Date of judgment of conviction: __June 23, 2020__

3. Length of sentence: __Ct. 1- 30 years; Ct. 2- 10 years__

4. Nature of offense involved (all counts): __Ct. 1- Poss W/I to Distribute Hydrocodine, Alprazolam, Oxycodone, & Morphine; Ct. 2- Poss W/I to Distribute Marijuana. (§§841(a)(1)/(b)(1)(C) & 841(a)(1)/(b)(1)(D) Penalties With Enhanced Penalties 21 U.S.C. §§851 (Respectively)__

5. What was your plea? (Check one)
   (a) Not Guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details: __N/A__

6. If you pleaded not guilty, what kind of trial did you have? (Check one) __N/A__
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?   Yes ☐   No ☒

1

8. Did you appeal from the judgment of conviction to the Eleventh Circuit Court of Appeal?
    Yes ☐ No ☒

9. If you did appeal, answer the following:

   (a) Result: __N/A__

   (b) Date of result and mandate: __N/A__

10. Did you file a petition for rehearing? N/A
    Yes ☐ No ☒

11. If you did file a petition for rehearing, provide the date and result of the petition: __N/A__

12. Did you file a petition for certiorari review?
    Yes ☐ No ☒

13. If you did file a petition for certiorari review, provide the date and result of the petition: __N/A__

14. Have you previously filed any post-conviction petitions, applications or motions, including previous § 2255 motions, with respect to this judgment in any federal court?
    Yes ☐   No ☒

15. If your answer to 14 was "yes," give the following information:

    (a) (1) Name of court: __N/A__

    (2) Nature of proceeding: __N/A__

    (3) Grounds raised: __N/A__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐    No ☒

    (5) Result: __N/A__

    (6) Date of result: __N/A__

    (b) If you filed more than one such petition, please include the same information requested in 11(a) on a separate sheet of paper.

2

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on your petition, application or motion?
(1) First petition, etc.          Yes ☐   No ☒
(2) Second petition, etc.     Yes ☐   No ☒

(d) If you did *not* appeal from the adverse action of any petition, application or motion, explain briefly why you did not: __N/A__

16. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

**Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.**

A. Ground one: __Violation of Petitioner's Fourth Amendment Right:__ __Agents lacked Probable Cause to make summary entry and search__

Supporting FACTS (state *briefly* without citing cases or law): __Sgt. Ingle and the Task Force lacked "probable cause" pursuant to the Federal Constitution's Fourth Amendment Right, when Sgt. Ingle approached the residence 57 Valley Hills in Northport with a 'show of police force' without a warrant or any reliable evidence that a crime was taking place, nor with confirmation & visuals that anyone at the residence was committing a crime at that date and time.__

B. Ground two: __Violation of Petitioner's Due Process of Law Right;__ __Petitioner was deprived of a "Probable Cause" Hearing after arrest.__

Supporting FACTS (state *briefly* without citing cases or law): __Petitioner's warrantless arrest based upon incorrect and unfounded suspicion unjustly prolonged my detention, care of Mother who is a cancer patient, & impaired family relationships, as well, subjected to VOP of State Probation. Sgt. Ingle of the West Alabama Narcotics Task Force stated in his affidavit: "had 'previously' received information that Foster was at this residence selling narcotics"- without__

C. Ground three: Sgt. Ingle & WANTF Agents violated Foster's Fourth Amendment Rights against "unreasonable search and seizures".

Supporting FACTS (state *briefly* without citing cases or law): The Fourth Amendment Right to the Federal Constitution, in order to protect the rights of citizens to be secure against "unreasonable search and seizures" by federal officials requires (1) search or warrants cannot be issued without a showing of probable cause, and (2) such showing must be supported, **not by causal assertions of supposed fact**,

D. Ground four: Petitioner was Deprive of the Effective Assistance of Counsel When He Misrepresented the Terms & Rights Given Up.

Supporting FACTS (state *briefly* without citing cases or law): Counsel's failure to investigate the violation of Petitioner's Fourth Amendment Rights against "unreasonable search and seizure" demonstrated a failure to bring such knowledge and skills secure Petitioner's Constitutional Rights to the fullest extent of the law, and to inform Petitioner of all the rights he'd forfeited as a result of pleading guilty.

17. As to the grounds listed in 16A, B, C, and D, explain whether any grounds were previously presented, and for those that were not previously presented, state *briefly* your reasons for not presenting them: Non were raised. Petitioner is pro-se, and does not know the law. Notwithstanding the defense being his, courts only allow attorneys to speak, then penalize defendant for the attorney's omissions.

18. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐   No ☒

19. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐   No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____
N/A

Ground three.

Supporting Facts: but by statements formally and solemnly attested to under an "Oath or Affirmation". Sgt. Ingle, and the West Alabama Narcotices Task Force had ample time and opportunity to seek out neutral magistrate to sign and issue a warrant basae upon a sufficient showing that Foster and other at 57 Valley Hills in Northport, Alabama were actually involved in some criminal activities deserving of apprehension and arrest.

17. (Continues): Any and every omission court appointed attorneys make or intentionally fails to bring to the defense of an defendant before the court is rescognized as unprejudiced and later held against the legally illiterate defendant, how then is a defendant's constitutional rights protected when his trust in court appointed attorneys are usurped and foresaken for the sake of judicial economy and efficiency of process. Defendants cannot even speak for themselve without the federal judicial officials coming down on them for trying to defend against sentences that take them from their family forever. Courts say "ignorance is no excuse for the law" to all who have not studied law, but, why then are law enforcement officers held to more accountability when they murder unarmed African Americans. They know the law and are extend the full due process and zealously defended to the fullest extent of the law. Is this "Equal Protection Of the Law"?. I am confused. Am I a United States Citizen?

**CERTIFICATE OF SERVICE**

I, <u>JAVON SANTRELL FOSTER</u>, **HEREBY CERTIFY** that on this <u>22</u> Day of <u>June</u> 2021, C.E. I served a true and correct copy of my initial Post Conviction Motion pursuant to §2255, by placing same in the hands of the Prison Mail Room Staff for mail to:

    Office Of The Clerk Of Court
    Northern District of Alabama
    Hugo L. Black U.S. Courthouse
    Rm. 140, 1729 5th Avenue North
    Birmingham, Alabama 35203

Via Certified Mail Registration Number: 7020 2450 0000 2484 1533

Dated: June 23, 2021    Signature: *Javon Santrell Foster*
                                           Javon Santrell Foster
                                           Reg. No. 36725-001
                                           Talladega FCI MED
                                           565 East Renfroe Rd.
                                           Talladega, AL 35160